# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MALCOLM GORDON,<br><br>Petitioner(s),<br><br>v.<br><br>SHERIFF CHAD BIANCO,<br><br>Respondent(s). | Case No. ED CV 24-01192-JLS (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Furthermore, the Court has conducted a de novo review of the objections that were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice for failure to exhaust state judicial remedies.

Date: November 19, 2024

_____
JOSEPHINE L. STATON
United States District Judge