JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MALCOLM GORDON,<br><br>Petitioner(s),<br><br>v.<br><br>SHERIFF CHAD BIANCO,<br><br>Respondent(s). | Case No. ED CV 24-01192-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to exhaust state court remedies.

Date: November 19, 2024

_____
JOSEPHINE L. STATON
United States District Judge